FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 23 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TESSA G., <br><br> PLAINTIFF, <br><br> v. <br><br> XAVIER BECERRA, <br><br> Secretary, United States Department of Health and Human Services, <br><br> DEFENDANT. | Case no: 1:23-cv-02665-LMM-RGV |

**PLAINTIFF'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this court's denial of leave to Plaintiff to proceed anonymously in this Complaint, first entered at DKT 4, and the Order overruling Plaintiff's objection to such entered at DKT 26 on April 24, 2024.

Date: May 23, 2024          Respectfully submitted,

                            /s/
                            ███████████ a/k/a Tessa G.
                            c/o Pamela S. Gillis-Gilbertz
                            208 Stonecutters Walk
                            Stockbridge, GA 30281

                            Email:     alias.tessa.g@gmail.com

                            Phone:     404-939-2076

## CERTFICATE OF SERVICE

I hereby certify that this Notice of Appeal was hand-delivered to the court on May 23, 2024. I also served a courtesy copy of this Notice of Appeal directly on the Defendant via electronic mail on May 23, 2024 at Melaine.Williams@usdoj.gov.

/s/
███████████████ a/k/a Tessa G.