Appeal No: 24-11764

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

TESSA G.,
    PLAINTIFF-APPELLANT,

    *v.*

XAVIER BECERRA,
Secretary, United States Department of
Health and Human Services,
    DEFENDANT-APPELLEE.

## PLAINTIFF-APPELLANT'S
## MOTION FOR LEAVE TO PLACE MATTERS UNDER SEAL

On Interlocutory Appeal of an order from the United States District Court

for the Northern District of Georgia.

Case No. 1:23-cv-02665-LMM-RGV

    Respectfully Submitted,

    /s/ ███████████ a/k/a Tessa G.

    Plaintiff-Appellant, *Pro Se*

    Phone: (404) 939-2076

    Email: alias.tessa.g@gmail.com

# Certificate of Interested Persons

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, Plaintiff-Appellant Tessa G. certifies that the following persons and entities may have an interest in the outcome of this appeal:

1. Au, Janei (former counsel for Plaintiff during EEOC appeal process)

2. Bagenstos, Samuel R. (General Counsel, U.S. Department of Health and Human Services)

3. Becerra, Xavier (Secretary, U.S. Department of Health and Human Services)

4. Ben-David, Neeli (counsel for Defendant)

5. Buchanan, Ryan K. (U.S. Attorney for Northern District of Georgia)

6. Cohen, Mandy (Director, Centers for Disease Control and Prevention)

7. D'Agostino, Debra (former counsel for Plaintiff during EEOC appeal process)

8. Eichenholz, Keith (counsel for Defendant)

9. Epilepsy Foundation of America

10. G., Tessa, Plaintiff-Appellant (pseudononymous)

11. Garland, Merrick B., Attorney General of the United States

12. Gillis-Gilbertz, Pamela S. (former president, AFGE local union 2883)

13. May, Hon. Leigh Martin, United States District Court Judge

14. Mendel, Gabriel (counsel for Defendant-Appellee)

15. Penn, Matthew (Responsible Management Official of Defendant-Appellee)

16. United States Attorney's Office, Northern District of Georgia

17. United States Department of Health and Human Services, Defendant-Appellee

18. United States Department of Justice

19. United States Equal Employment Opportunity Commission

20. Vineyard, Hon. Russell G, United States Magistrate Judge

21. Williams, Melaine (counsel for Defendant)

No publicly traded company or corporation has an interest in the outcome of this appeal.

/s/ ███████████ a/k/a Tessa G.

Plaintiff-Appellant, *Pro Se*

# MOTION FOR LEAVE TO PLACE MATTER UNDER SEAL

Plaintiff-Appellant ("Plaintiff") Tessa G. hereby respectfully moves this Court to place under seal the version of Plaintiff's Opening Brief entered at Doc. 15. That version of Plaintiff's Opening Brief (Doc. 15) inadvertently did not fully redact Plaintiff's name, thereby publicly disclosing Plaintiff's sensitive medical diagnosis at issue in the instant Appeal and case. Plaintiff thus respectfully moves the Court to place a seal on Doc. 15 to protect Plaintiff's health privacy.

Plaintiff is re-filing her Opening Brief, identical as to the version entered at Doc. 15 but with her name properly redacted, as an attachment to this motion.

Respectfully Submitted this August 22, 2024,

/s/ ███████████ a/k/a Tessa G.

Plaintiff-Appellant, *Pro Se*
Phone: (404) 939-2076
Email: alias.tessa.g@gmail.com

1

# CERTIFICATE OF COMPLIANCE

This brief complies with Fed. R. App. P. 32(a)(7)(B) because it contains 106 words, excluding the parts exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

This brief complies with the typeface requirements of FRAP 32(a)(5) because the brief uses proportionately-spaced, 14-point Times New Roman typeface.

/s/ ███████████ a/k/a Tessa G.

Plaintiff-Appellant, *Pro Se*

# CERTFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the United States Court of Appeals for the Eleventh Circuit by using the ECF system on August 22, 2024.

I also served a courtesy copy of foregoing directly on the Defendant via electronic mail on August 22, 2024 at Melaine.Williams@usdoj.gov.

/s/ ███████████ a/k/a Tessa G.

Plaintiff-Appellant, *Pro Se*