# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 24-11764

————————————

TESSA G.,

Plaintiff-Appellant,

*versus*

SECRETARY, UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

Defendant-Appellee.

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02665-LMM-RGV

————————————

ORDER:

"Plaintiff-Appellant's Motion for Leave to Place Matters Under Seal," requesting leave to file her redacted initial brief and to file under seal her unredacted initial brief, is CARRIED WITH THE CASE.


/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE